**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE THE ESTÉE LAUDER COMPANIES INC. DERIVATIVE LITIGATION** | **Case No. 1:25-cv-03853-AS** |
| **This Document Relates To:**<br><br>**ALL ACTIONS** | **(Consolidated with Case No. 1:25-cv-03857-AS)** |

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER**
**ON A CASE SCHEDULE IN THE CONSOLIDATED ACTION**

Plaintiffs Daniel Clark and Matthew Van Winkle ("Plaintiffs"), derivatively on behalf of nominal defendant The Estée Lauder Companies Inc. ("ELC" or the "Company"), and individual defendants Ronald S. Lauder, Fabrizio Freda, Jane Lauder, William P. Lauder, Carl Haney, Michael O'Hare, Jane Hertzmark Hudis, Tracey T. Travis, Jennifer Hyman, Barry S. Sternlicht, Charlene Barshefsky, Lynn Forester de Rothschild, Paul J. Fribourg, Richard F. Zannino, Jennifer Tejada, Arturo Nuñez, Angela Wei Dong, Wei Sun Christianson, and Rose Marie Bravo (the "Individual Defendants" and together with ELC, "Defendants"), (collectively with Plaintiffs, the "Parties") jointly submit this case schedule in the above-captioned putative stockholder derivative action, and, in support, state as follows:

WHEREAS, on August 25, 2025, this Court entered an order pursuant to the Parties' stipulation consolidating *Clark v. Lauder, et al.*, No. 1:25-cv-03853-AS and *Van Winkle v. Lauder, et al.*, No. 1:25-cv-03857-AS (the "Consolidated Action"); appointing Robbins LLP and Levi & Korsinsky, LLP as Co-Lead Counsel for Plaintiffs; and staying the Consolidated Action pending certain developments in the related securities class action, captioned *In re Estée Lauder*

*Companies, Inc. Securities Litigation*, No. 1:23-cv-10669-AS (S.D.N.Y.) (the "Securities Class Action"), including notification that a settlement had been reached in the Securities Class Action;

WHEREAS, on May 7, 2026, plaintiffs in the Securities Class Action filed an Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement, triggering the Parties' obligation to meet and confer regarding a proposed schedule for the Consolidated Action;

WHEREAS, on March 3, 2026, the Parties participated in a day-long in-person mediation facilitated by a private neutral and are continuing to engage in discussions facilitated by the mediator;

WHEREAS, on May 5, 2026, this Court entered an order pursuant to the Parties' stipulation continuing the stay of the Consolidated Action pending entry of an order granting or denying final approval of the settlement in the Securities Class Action;

WHEREAS, on August 20, 2026, this Court held a hearing on final approval of the settlement in the Securities Class Action;

WHEREAS, on August 21, 2026, Plaintiffs Daniel Clark and Matthew Van Winkle filed a consolidated amended complaint in this Consolidated Action, ECF No. 20 (the "Consolidated Complaint");

WHEREAS, on August 24, 2026, counsel for the Parties met and conferred regarding a case schedule and thereafter agreed, subject to this Court's approval, that the scheduled detailed below shall govern any response to the Consolidated Complaint;

WHEREAS, on October 1, 2026, the Parties are scheduled to participate in an additional in-person mediation facilitated by private neutrals and are continuing to engage in discussions facilitated by the mediator;

THEREFORE, the Parties, through their undersigned counsel, hereby stipulate and agree, subject to this Court's approval (the "Order"), as follows:

1. Within sixty (60) days of the entry of this Order, Defendants shall answer, move to dismiss, or otherwise respond to the Consolidated Complaint.

2. In the event Defendants file a motion to dismiss the Consolidated Complaint, Plaintiffs shall file any answering brief in opposition to such motion within sixty (60) days of the filing of Defendants' motion to dismiss.

3. Defendants shall file any reply brief in further support of any motion to dismiss within thirty (30) days of the filing of Plaintiffs' answering brief.

4. The Parties will contact this Court to schedule oral argument on any motion to dismiss after Plaintiffs file any answering brief.

5. By stipulating to the terms of this Order, the Parties do not waive, and expressly reserve, all arguments, defenses, and claims that they have asserted or may assert.

6. Nothing in this stipulation and Order shall prevent the Parties from stipulating at any time to extend Defendants' time to respond to the Consolidated Complaint, subject to this Court's approval based on a showing of good cause, including but not limited to continued settlement negotiations, including those facilitated by the mediator. The Parties intend to continue their settlement discussions and, following the October 1, 2026 mediation, will meet and confer regarding whether further adjustments to the schedule would be appropriate under the circumstances to facilitate further settlement efforts.

**IT IS SO STIPULATED.**

Dated: September 8, 2026

**ROBBINS LLP**

*/s/ Shane P. Sanders*
Shane P. Sanders
Brian J. Robbins
Craig W. Smith
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: ssanders@robbinsllp.com
brobbins@robbinsllp.com
csmith@robbinsllp.com

Dated: September 8, 2026

**LEVI & KORSINSKY, LLP**

*/s/ Correy A. Suk*
Correy A. Suk
Gregory M. Nespole
Daniel Tepper
Sidharth Kakkar
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
E-mail: csuk@zlk.com
gnespole@zlk.com
dtepper@zlk.com
skakkar@zlk.com

*Co-Lead Counsel for Plaintiffs*

Dated: September 8, 2026

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Jonathan D. Fortney*
Jonathan D. Fortney
Barry H. Berke
Monica K. Loseman
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
E-mail: JFortney@gibsondunn.com
BBerke@gibsondunn.com
MLoseman@gibsondunn.com

*Counsel for Defendants The Estée Lauder Companies Inc., Ronald S. Lauder, Fabrizio Freda, Jane Lauder, William P. Lauder, Carl Haney, Michael O'Hare, Jane Hertzmark Hudis, Tracey T. Travis, Jennifer Hyman, Barry S. Sternlicht, Charlene Barshefsky, Lynn Forester de Rothschild, Paul J. Fribourg, Richard F. Zannino, Jennifer Tejada, Arturo Nuñez, Angela Wei Dong, Wei Sun Christianson, Rose Marie Bravo*

***

**SO ORDERED** this __9__ day of __Sep.__ 2026.

HONORABLE ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that on September 8, 2026, I caused a copy of the foregoing document to be served through the electronic case filing system for the United States District Court for the Southern District of New York.

*/s/ Shane P. Sanders*
SHANE P. SANDERS