UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE THE ESTEE LAUDER COMPANIES INC. DERIVATIVE LITIGATION | 25-CV-3853 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Any opposition to the motion to stay proceedings, Dkt. 29, should be filed on or before November 11, 2026. In the meantime, the November 9 deadline for a response to the amended complaint is temporarily stayed pending the Court's decision on the motion.

SO ORDERED.

Dated: November 9, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge